Exhibit B

https://www.youtube.com/watch?v=8pPb1VRn4Hw

https://www.youtube.com/watch?v=RE4ka6rwOiQ

https://www.youtube.com/watch?v=KaRgYZTMnN4

https://www.youtube.com/watch?v=ta_FCo2mE5Y

https://www.youtube.com/watch?v=-n6OdhHrs_U

https://www.youtube.com/watch?v=3_PogK8ln8g

https://www.youtube.com/watch?v=ylmDXfTA8rg

https://www.youtube.com/watch?v=JkYHbrMWC8Y

https://www.youtube.com/watch?v=4Q1p-h4HIDM

https://www.youtube.com/watch?v=vAp8nTKCv2s

https://www.youtube.com/watch?v=bRYC7NOZ0vo

https://www.youtube.com/watch?v=L1VgI9tBI4c

https://www.youtube.com/watch?v=YBmeko3-HRc

https://www.youtube.com/watch?v=rA4BVygFz-g

https://www.youtube.com/watch?v=4-wYN52UoOU

https://www.youtube.com/watch?v=-z1wZ_-vdWs

https://www.youtube.com/watch?v=VvBAU4b8WIA

https://www.youtube.com/watch?v=86kSoRSo4Js

https://www.youtube.com/watch?v=8cHRbsC-D6g

https://www.youtube.com/watch?v=-3Vp_P9-swE

https://www.youtube.com/watch?v=JU8Ki1BAUkM

https://www.youtube.com/watch?v=2wxVxlGT84E

https://www.youtube.com/watch?v=XCAu8Q6KxnE

https://www.youtube.com/watch?v=3kqR1kY1xjk

https://www.youtube.com/watch?v=VtyKuoFD3ug

https://www.youtube.com/watch?v=NSWN5vyQDp0

https://www.youtube.com/watch?v=IVfrWQtdj5w

https://www.youtube.com/watch?v=OzfNUuMFwO0

https://www.youtube.com/watch?v=RqpH3ak4Q2U

https://www.youtube.com/watch?v=5Z7WejxVdEo

https://www.youtube.com/watch?v=ByAIMX7RYXM

https://www.youtube.com/watch?v=oGURQJQDzYA

https://www.youtube.com/watch?v=snKLwh-mjvk

https://www.youtube.com/watch?v=wenBNPRJHYo

https://www.youtube.com/watch?v=SjpjxjDMYq8

https://www.youtube.com/watch?v=UXKCLKEAkK4

https://www.youtube.com/watch?v=nA-lDP9VQn4

https://www.youtube.com/watch?v=eKVoRhD-MMo

https://www.youtube.com/watch?v=UACjcQ6ui-4

https://www.youtube.com/watch?v=oIw9RYeLejw

https://www.youtube.com/watch?v=-iI9lMSaZfs

https://www.youtube.com/watch?v=-iI9lMSaZfs

https://www.youtube.com/watch?v=SE-Wds6UiSM

https://www.youtube.com/watch?v=8ABtC7uKuHQ

https://www.youtube.com/watch?v=QApIfQKkd5g

https://www.youtube.com/watch?v=rFPU-JNE1xY

https://www.youtube.com/watch?v=UX7AG9IlDGc

https://www.youtube.com/watch?v=tXnsO_LHm6I

https://www.youtube.com/watch?v=0kHx965gO04

https://www.youtube.com/watch?v=VZk01wdmgMA

https://www.youtube.com/watch?v=259AQwfQca8