Exhibit D

## LISTA LINK TRAILER SUSPIRIA al 26.09.2018

Trailer ufficiale Amazon versione corretta
https://www.youtube.com/watch?v=3uGIEY7tdg8&list=RDBY6QKRl56Ok (versione corretta) Pubblicato il 4 giu 2018 da Amazon Studios

Video accessibili ai seguenti link:

1. https://www.youtube.com/watch?v=vAp8nTKCv2s : Caricato da FilmIsNow Trailer & Clip in Italiano, NON Più ONLINE
2. https://www.instagram.com/p/BnGhjebFjGS/?utm_source=ig_share_sheet&igshid=ukztjhz0vdjm
3. https://www.youtube.com/watch?v=KaRgYZTMnN4 - Caricato il 13 giu 2018 da TRAILER CITY
4. https://www.youtube.com/watch?v=w3jJHxKj3zM&list= Caricato il 4 giu 2018 da JoBlo Movie Trailers
5. https://www.youtube.com/watch?v=EUu9oOmV0qw Pubblicato il 7 ago 2018 da Transmission Films
6. https://www.youtube.com/watch?v=-n6OdhHrs_U Pubblicato il 4 giu 2018 da MovieAccessTrailers
7. https://www.youtube.com/watch?v=4-wYN52UoOU (video privato Pubblicato il 6 giu 2018 da Remy Buxaplenty
8. https://www.youtube.com/watch?v=ylmDXfTA8rg Pubblicato il 4 giu 2018 da ONE Media
9. https://www.youtube.com/watch?v=3gBlpbzQUg4 (trailer spagnolo) Pubblicato il 4 giu 2018 da SensaCine TRAILERS
10. https://www.youtube.com/watch?v=IVfrWQtdj5w Pubblicato il 4 giu 2018 da Film Trailer Zone
11. https://www.youtube.com/watch?v=8cHRbsC-D6g (recensione che contiene il trailer con al minuto 1.06) Pubblicato il 4 giu 2018 da What The Flick?!
12. https://www.youtube.com/watch?v=mNz7spB3koE Pubblicato il 4 giu 2018 da FilmsActu
13. https://www.youtube.com/watch?v=2wxVxlGT84E – Pubblicato il 04.06.2018 Caricato da amazingMOVIEtime – rimosso il 18/09/18 a seguito della segnalazione

# Conferma notifica di violazione del copyright

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=ylmDXfTA8rg
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Opera
    - Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:58 a 00:58

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=mNz7spB3koE
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Opera
    - Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:58 a 00:59

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=3gBlpbzQUg4
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Opera
    - Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:59 a 00:59

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=4-wYN52UoOU
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Opera
    - Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 1:02 a 1:02

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=w3jJHxKj3zM
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Opera
    - Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    - Informazioni aggiuntive: Opera di Ana Mendiet
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:58 a 00:59

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=-n6OdhHrs_U
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Opera
    - Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:58 a 00:58

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=IVfrWQtdj5w
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Opera
    - Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 1:03 a 1:04

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=KaRgYZTMnN4
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Opera
    - Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 1:01 a 1:01

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=EUu9oOmV0qw
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Opera
    - Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:59 a 00:59

- **URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=vAp8nTKCv2s**
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Opera
    - Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:56 a 00:56

Paese a cui si riferisce il copyright: IT

Dichiaro in buona fede che:

- Sono il titolare o un agente autorizzato ad agire per conto del titolare di un diritto esclusivo che è stato presumibilmente violato.
- Il sottoscritto ritiene in buona fede che l'utilizzo del materiale in questione non sia stato autorizzato dal proprietario del copyright, dal suo agente o dalla legge;
- Questa comunicazione è accurata e fedele.
- Prendo atto che, in caso di falsa accusa di violazione del copyright o di accusa in cattiva fede mediante questa procedura, potrei essere passibile di denuncia.
- Comprendo che l'abuso di questo strumento comporterà la chiusura del mio account YouTube.

Firma autorizzata: Marco Rosato

- URL del presunto video illegale da rimuovere:
  http://www.youtube.com/watch?v=ylmDXfTA8rg
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Raffigurazione
    - Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta" del 1976
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:44 a 00:45

- URL del presunto video illegale da rimuovere:
  http://www.youtube.com/watch?v=mNz7spB3koE
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Raffigurazione
    - Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta" del 1976
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:44 a 00:45

- URL del presunto video illegale da rimuovere:
  http://www.youtube.com/watch?v=3gBlpbzQUg4
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Raffigurazione
    - Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta" del 1976
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:44 a 00:45

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=4-wYN52UoOU
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Raffigurazione
    - Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta" del 1976

- o Informazioni aggiuntive: Opera di Ana Mendieta
  - o Dove vengono visualizzati i contenuti?
    I contenuti appaiono nel video target da 00:47 a 00:48

- URL del presunto video illegale da rimuovere:
  http://www.youtube.com/watch?v=w3jJHxKj3zM
- Descrivi l'opera presumibilmente violata: Altro
  - o Tipo di opera protetta da copyright: Raffigurazione
  - o Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta" del 1976
  - o Informazioni aggiuntive: Opera di Ana Mendieta
  - o Dove vengono visualizzati i contenuti?
    I contenuti appaiono nel video target da 00:44 a 00:45

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=-n6OdhHrs_U
- Descrivi l'opera presumibilmente violata: Altro
  - o Tipo di opera protetta da copyright: Raffigurazione
  - o Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta" del 1976
  - o Informazioni aggiuntive: Opera di Ana Mendieta
  - o Dove vengono visualizzati i contenuti?
    I contenuti appaiono nel video target da 00:44 a 00:45

- URL del presunto video illegale da rimuovere:
  http://www.youtube.com/watch?v=IVfrWQtdj5w
- Descrivi l'opera presumibilmente violata: Altro
  - o Tipo di opera protetta da copyright: Raffigurazione
  - o Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta" del 1976
  - o Informazioni aggiuntive: Opera di Ana Mendieta
  - o Dove vengono visualizzati i contenuti?
    I contenuti appaiono nel video target da 00:49 a 00:50

- URL del presunto video illegale da rimuovere:
  http://www.youtube.com/watch?v=KaRgYZTMnN4
- Descrivi l'opera presumibilmente violata: Altro
  - o Tipo di opera protetta da copyright: Raffigurazione
  - o Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta" del 1976
  - o Informazioni aggiuntive: Opera di Ana Mendieta
  - o Dove vengono visualizzati i contenuti?
    I contenuti appaiono nel video target da 00:46 a 00:47

- URL del presunto video illegale da rimuovere:
  http://www.youtube.com/watch?v=EUu9oOmV0qw
- Descrivi l'opera presumibilmente violata: Altro
  - o Tipo di opera protetta da copyright: Raffigurazione
  - o Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta" del 1976
  - o Informazioni aggiuntive: Opera di Ana Mendieta

- - - 
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:45 a 00:46
- URL del presunto video illegale da rimuovere:
  http://www.youtube.com/watch?v=vAp8nTKCv2s
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Raffigurazione
    - Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta" del 1976
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:42 a 00:43

Paese a cui si riferisce il copyright: IT

Dichiaro in buona fede che:

- Sono il titolare o un agente autorizzato ad agire per conto del titolare di un diritto esclusivo che è stato presumibilmente violato.
- Il sottoscritto ritiene in buona fede che l'utilizzo del materiale in questione non sia stato autorizzato dal proprietario del copyright, dal suo agente o dalla legge;
- Questa comunicazione è accurata e fedele.
- Prendo atto che, in caso di falsa accusa di violazione del copyright o di accusa in cattiva fede mediante questa procedura, potrei essere passibile di denuncia.
- Comprendo che l'abuso di questo strumento comporterà la chiusura del mio account YouTube.

Firma autorizzata: Marcello Mustilli

- URL del presunto video illegale da rimuovere:
  http://www.youtube.com/watch?v=2wxVxlGT84E
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Opera
    - Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    - Informazioni aggiuntive: Opera di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 00:58 a 00:59
- URL del presunto video illegale da rimuovere:
  http://www.youtube.com/watch?v=8cHRbsC-D6g
- Descrivi l'opera presumibilmente violata: Altro
    - Tipo di opera protetta da copyright: Raffigurazione
    - Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta", del 1976
    - Informazioni aggiuntive: Opere di Ana Mendieta
    - Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 1:05 a 1:06

Paese a cui si riferisce il copyright: IT

Dichiaro in buona fede che:

- Sono il titolare o un agente autorizzato ad agire per conto del titolare di un diritto esclusivo che è stato presumibilmente violato.
- Il sottoscritto ritiene in buona fede che l'utilizzo del materiale in questione non sia stato autorizzato dal proprietario del copyright, dal suo agente o dalla legge;
- Questa comunicazione è accurata e fedele.
- Prendo atto che, in caso di falsa accusa di violazione del copyright o di accusa in cattiva fede mediante questa procedura, potrei essere passibile di denuncia.
- Comprendo che l'abuso di questo strumento comporterà la chiusura del mio account YouTube.

Firma autorizzata: Marco Rosato

Cordiali saluti,

— Il [Team di YouTube](#)

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=2wxVxlGT84E
- Descrivi l'opera presumibilmente violata: Altro

    o  Tipo di opera protetta da copyright: Raffigurazione
    o  Titolo dell'opera protetta da copyright: "Untitled", della serie "Silueta", del 1976
    o  Informazioni aggiuntive: Opera di Ana Mendieta
    o  Dove vengono visualizzati i contenuti?
       I contenuti appaiono nel video target da [00:44 a 00:45](#)

Paese a cui si riferisce il copyright: IT
Dichiaro in buona fede che:

- Sono il titolare o un agente autorizzato ad agire per conto del titolare di un diritto esclusivo che è stato presumibilmente violato.
- Il sottoscritto ritiene in buona fede che l'utilizzo del materiale in questione non sia stato autorizzato dal proprietario del copyright, dal suo agente o dalla legge;
- Questa comunicazione è accurata e fedele.
- Prendo atto che, in caso di falsa accusa di violazione del copyright o di accusa in cattiva fede mediante questa procedura, potrei essere passibile di denuncia.
- Comprendo che l'abuso di questo strumento comporterà la chiusura del mio account YouTube.

Firma autorizzata: Marcello Mustilli
Cordiali saluti,
— Il [Team di YouTube](#)

- URL del presunto video illegale da rimuovere: http://www.youtube.com/watch?v=8cHRbsC-D6g
- Descrivi l'opera presumibilmente violata: Altro

    o Tipo di opera protetta da copyright: Opera
    o Titolo dell'opera protetta da copyright: "Rape Scene" del 1973
    o Informazioni aggiuntive: Opera di Ana Mendieta
    o Dove vengono visualizzati i contenuti?
      I contenuti appaiono nel video target da 1:20 a 1:20

Paese a cui si riferisce il copyright: IT

Dichiaro in buona fede che:

- Sono il titolare o un agente autorizzato ad agire per conto del titolare di un diritto esclusivo che è stato presumibilmente violato.
- Il sottoscritto ritiene in buona fede che l'utilizzo del materiale in questione non sia stato autorizzato dal proprietario del copyright, dal suo agente o dalla legge;
- Questa comunicazione è accurata e fedele.
- Prendo atto che, in caso di falsa accusa di violazione del copyright o di accusa in cattiva fede mediante questa procedura, potrei essere passibile di denuncia.
- Comprendo che l'abuso di questo strumento comporterà la chiusura del mio account YouTube.

Firma autorizzata: Marcello Mustilli

INSTANGRAM
-------------------------
Chi detiene i diritti d'autore e/o i diritti connessi? : My client
Il tuo nome (nome e cognome) : Marcello Mustilli
La tua organizzazione : Studio Legale BLM Bellettini Lazzareschi Mustilli
Il tuo rapporto con il detentore del diritto : I am legal counsel to the rights owner (in-house or outside).
Indirizzo postale : Via Palermo 13, 00184, Roma
Numero di telefono : 0669190979
Indirizzo e-mail : m.mustilli@blmius.com
Conferma il tuo indirizzo e-mail : m.mustilli@blmius.com
Nome del detentore del diritto : Estate of Ana Mendieta
Dove risiede il detentore del diritto? : USA
Che tipo di contenuto stai segnalando? : Photo or video
Fornisci link (URL) o ID broadcast che rimandano direttamente allo specifico contenuto che stai segnalando. :
https://www.instagram.com/p/BnGhjebFjGS/?utm_source=ig_share_sheet&igshid=ukztjhz0vdjm
Perché stai segnalando questo contenuto? : This content copies my work
Quale delle seguenti opzioni descrive meglio la tua opera originale protetta da diritti d'autore e/o diritti connessi? : Other

Descrivi la tua opera coperta da diritti d'autore e/o diritti connessi. : Opera di Ana Mendieta dal titolo: Untitled: Silueta Series, Mexico, 1976.
Dove possiamo vedere un esempio autorizzato della tua opera? :
http://www.galerielelong.com/artists/estate-of-ana-mendieta

Persona che effettua la segnalazione e organizzazione (se presente): Estate of Ana Mendieta , Studio Legale BLM Bellettini Lazzareschi Mustilli